# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**E.B.,** c/o **SHEILA SANDERS,**
Appellant,

v.

**AGENCY FOR PERSONS WITH DISABILITIES,**
Appellee.

No. 4D21-1584

[May 11, 2022]

Administrative appeal from the State of Florida, Department of Children and Families Office of Appeal Hearings; L.T. Case No. 20F-04768.

Angela Gerig Caldwell of Disability Rights Florida, Hollywood, for appellant.

Carrie B. McNamara, Senior Attorney, Agency for Persons with Disabilities, Tallahassee, for appellee.

PER CURIAM.

*Affirmed. See J.J. v. Agency for Persons with Disabilities*, 174 So. 3d 372, 373 (Fla. 3d DCA 2014).

WARNER, MAY and CIKLIN, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***